**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
SHELBY DIVISION**

IN RE:  
Sarah Mae Howell

SSN# : XXX-XX-0482

Case No.  17-40416

Chapter 13

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 19 | 2 | US Bank Trust National Association | 4278 | $625.00 | $625.00 | S-Secured-Pro-Rata |

The claim for fees is not made in compliance with the Local Rules of the WDNC in that no affidavit proving North Carolina qualified attorney has been filed as required.

The claim should be stricken.

The Trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan.  It may not be determinative of the status of affected lien(s) upon discharge.

Dated:  7/2/2018

Steven G. Tate  
Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:  
Sarah Mae Howell

Case No. 17-40416

Chapter 13

SSN# : XXX-XX-0482

## NOTICE OF OPPORTUNITY FOR HEARING

**TAKE NOTICE** that the Chapter 13 Trustee has filed papers with the Court as follows: Objection to Claim.  A copy of these paper(s) is included with this Notice or copied on the reverse side of this Notice.

<u>Your rights may be affected.</u>  You should read these papers carefully and discuss them with your **attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the Court to grant the relief requested by the Trustee, or if you want the Court to consider your views on this matter, then on or before 8/30/2018, you or your attorney must do three things:

**1. File with the Court a written response <u>requesting that the Court hold a hearing</u> and explaining your position.  File the response at:**

> CLERK, U.S. BANKRUPTCY COURT  
> 401 W Trade St Room 111  
> Charlotte, NC  28202

If you **mail** your response to the Court for filing, you must mail it early enough for the Court to **receive** it on or before the deadline stated above.

**2. On or before the date stated above for written responses, you must also serve a copy of your response to any other party required to be served by law.**

**3. Attend the hearing scheduled as listed below.**

If you file a response, then a hearing will be held at the following time and place:

Date:  8/31/2018                              Time:  9:30 AM

Location:    Cleveland County Courthouse  
Courtroom #5  
100 Justice Place  
Shelby , NC 28151

If you or your attorney do not take these steps, **a hearing will not be held,** and the Court may decide that you do not oppose the relief sought in the matter and may enter an order granting the relief sought.

Dated: 7/2/2018

Steven G. Tate, Chapter 13 Trustee  
212 Cooper St  
Statesville, NC  28677-5856  
(704) 872-0068 | general@ch13sta.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                 Case No. 17-40416
Sarah Mae Howell

                                                                            Chapter 13

SSN# : XXX-XX-0482

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 7/3/2018.

                                                                                     A. Owens
                                                                     Office of the Chapter 13 Trustee

Sarah Mae Howell, 6201 Riley St, Shelby, NC  28152-8758
SN SERVICING CORP, 323 FIFTH ST, EUREKA, CA  95501
US Bank Trust National Association, c/o SN Servicing Corp, 323 5th St, Eureka, CA  95501

Total Served:  3